DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEICO INDEMNITY COMPANY,**
Appellant,

v.

**RON WECHSEL, D.C.,** a/a/o **SAMMIE WORTHY,**
Appellee.

No. 4D21-382

[July 7, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case Nos. CACE 19-023110 (AP) and CONO 17-008305 (70).

Michael A. Rosenberg, Peter D. Weinstein and Thomas L. Hunker of Cole, Scott & Kissane, P.A., Plantation, for appellant.

Chad A. Barr and Dalton L. Gray of the Law Office of Chad A. Barr, P.A., Altamonte Springs, for appellee.

PER CURIAM.

*Affirmed. See Geico Indem. Co. v. Muransky Chiropractic, P.A.*, 46 Fla. L. Weekly D1513a, 2021 WL 2584107 (Fla. 4th DCA June 24, 2021).

CONNER, C.J., CIKLIN and GERBER, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*